**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **AGUSTIN LUNA PEREZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:26-CV-00819-ADA-ML** |
| | § | |
| **CHARLOTTE COLLINS, Warden at T.** | § | |
| **Don Hutto Detention Center; MIGUEL** | § | |
| **VERGARA, San Antonio Field Office** | § | |
| **Director, ICE Enforcement and** | § | |
| **Removal Operations; TODD LYONS,** | § | |
| **Acting Director, U.S. Immigration and** | § | |
| **Customs Enforcement; MARKWAYNE** | § | |
| **MULLIN, Secretary, U.S. Department of** | § | |
| **Homeland Security; PAMELA JO** | § | |
| **BONDI, Attorney General, U.S.** | § | |
| **Department of Justice,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Luna Perez Agustin's ("Petitioner") Petition for Writ of Habeas Corpus under 26 U.S.C. § 2241, filed on April 2, 2026. Dkt. No. 1. On April 8, 2026, this Court ordered the Federal Respondents to show cause as to why the petition should not be granted. Dkt. No. 3. Respondents filed their response on April 13, 2026. Dkt. No. 6. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's Petition for Writ of Habeas Corpus should be denied.

The Fifth Circuit has rejected Petitioner's statutory argument in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. 166 F.4th 494 (5th Cir. 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225 rather than § 1226.

The Court has likewise denied similar habeas relief on constitutional grounds, as well as challenges brought under the Administrative Procedure Act. *See Hernandez v. Collins, et al.*, No. 1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026). The Court incorporates by reference its prior analysis denying habeas relief in *Hernandez.* For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on May 18, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE